**Appeal Dismissed and Memorandum Opinion filed July 10, 2018.**



In The

# Fourteenth Court of Appeals

### NO. 14-18-00359-CV

### ROY JORDAN, JR., Appellant

### V.

### CENTERPOINT ENERGY HOUSTON ELECTRIC, LLC AND CENTERPOINT ENERGY, INC., Appellees

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-53281**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order signed January 18, 2018. The order is not a final judgment or otherwise appealable. When no final judgment or appealable order is before the court, the court lacks jurisdiction and must dismiss the appeal. *See Baker v. Baker*, 469 S.W.3d 269, 272 (Tex. App.—Houston [14th Dist.] 2015, no pet.).

On June 5, 2018, we notified the parties of the court's intention to dismiss the

appeal for lack of jurisdiction unless any party demonstrated, by June 15, 2018, meritorious grounds for retaining the appeal. *See* Tex. R. App. P. 42.3(a). No response was filed.

The appeal is dismissed for lack of jurisdiction.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Donovan and Brown